# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3382

_____

Kenneth Fletcher,

      Appellant,

v.

Larry Norris, Director, Arkansas
Department of Correction,

      Appellee.

\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*      [UNPUBLISHED]
\*

_____

Submitted: January 5, 2001
Filed: January 22, 2001

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Kenneth Fletcher appeals the district court's[1] dismissal with prejudice of his 28 U.S.C. § 2254 petition. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that his second prosecution did not violate double jeopardy, collateral estoppel, or res judicata principles. We affirm for the reasons

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

stated in the magistrate judge's thorough and well-reasoned report, adopted in its entirety by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.